Case: 15-1676

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ANDRE WALKER,

*Plaintiff-Appellant*,

v.

HEALTH INTERNATIONAL CORPORATION, a Florida Corporation, HSN INC., a Delaware Corporation, HSN INTERACTIVE LLC, a Delaware Corporation,

*Defendants-Appellees*.

_____

**APPELLANT, ANDRE WALKER'S NOTICE REGARDING OBJECTIONS TO REASONABLENESS OF REQUESTED FEES**
_____

Ramon L. Pizarro (SBN 21400)
7535 East Hampden Avenue, Suite 520
Telephone: 303-779-9551

ATTORNEY FOR APPELLANT

On April 22, 2016, Appellees filed an affidavit and documentation (Doc. # 73) supporting any damages and costs incurred in defending this appeal for which they are seeking compensation.

Appellant has paid the full amount requested. Accordingly any objection is moot.

DATED: May 9, 2016

Respectfully submitted by,

_/s/ Ramon Pizarro____
Ramon L. Pizarro (SBN 21400)
7535 East Hampden Avenue, Suite 520
Telephone: 303-779-9551

ATTORNEY FOR APPELLANT

1

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## Walker v. Health International Corp.
## No. 15-1676

## CERTIFICATE OF INTEREST

*Counsel for the appellant, Andre Walker, hereby certifies the following:*

1. The full name of every party or amicus represented by me is:

    *Andre Walker (Appellant).*

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    *None.*

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    *None.*

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    *Law Office of Ramon L. Pizarro*

*Dated this 9th day of May, 2016,*        Signature of counsel:

                                           /s/Ramon Pizarro
                                           Ramon L. Pizarro

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record for Appellees on May 9, 2016 by Electronic Means (by E-mail or CM/ECF).

    /s/ Ramon Pizarro
Ramon L. Pizarro (SBN 21400)
7535 East Hampden Avenue, Suite 520
Denver, CO 80231
Telephone: 303-779-9551